Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California limited liability company,<br><br>             Plaintiff,<br><br>      v.<br><br>JOHN DOES 1 through 6,<br><br>             Defendants. | Case No. 3:12-cv-01355-CAB-RBB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT JOHN DOES 5 and 6** |

PLEASE TAKE NOTICE that Plaintiff hereby voluntary dismisses <u>without prejudice</u> Defendant John Does 5 and 6, only, who were assigned the IP Addresses 71.102.45.10 and 71.102.49.159, respectively.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the above-mentioned Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

DATED: June 13, 2012                              KUSHNER LAW GROUP


By:      /s/ Leemore L. Kushner
         Leemore L. Kushner
         Attorneys for Plaintiff Malibu Media, LLC

1
**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 13, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                          By:    */s/ Leemore L. Kushner*
                                      Leemore L. Kushner