MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA v. JOHN DOES 1-6                    Case No. 12cv1355 CAB(RBB)
                                                  **Time Spent:**

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                       Rptr.

                              Attorneys
        Plaintiffs                              Defendants


PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

On July 2, 2012, Plaintiff filed a Motion for Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference [ECF No. 7].

The Court finds this Motion suitable for resolution on the papers. See S.D. Cal. Civ. R. 7.1(d)(1). The hearing set for July 30, 2012, at 10:00 a.m. is therefore vacated.

DATE: July 23, 2012          IT IS SO ORDERED:   *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc:  Judge Bencivengo                            INITIALS: VL (mg) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\MALIBU MEDIA1355 (1)\Minute01.wpd